UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Denise Sines,<br><br>                      Plaintiff,<br>    v.<br><br>Palisades Collections, LLC; and DOES 1-10, inclusive,<br><br>                      Defendant. | Civil Action No.:  10 - 0831 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 7, 2010

                                                                                         Respectfully submitted,

                                                                                         PLAINTIFF, Denise Sines

                                                                                        /s/ Jody B. Burton

                                                                                        Jody B. Burton, Esq.
                                                                                        Bar No.: 71681
                                                                                        **LEMBERG & ASSOCIATES L.L.C.**
                                                                                        1100 Summer Street, 3rd Floor
                                                                                        Stamford, CT 06905
                                                                                        Telephone: (203) 653-2250
                                                                                        Facsimile:  (877) 795-3666
                                                                                        jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Jody B. Burton_____

                                              Jody B. Burton