UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

_____

Denise Sines,

              Plaintiff,

v.

Palisades Collections, LLC; and DOES 1-10, inclusive,

              Defendant.
_____

Civil Action No.:  2:10-cv-00831-NBF

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Palisades Collections, LLC with prejudice and without costs to any party.

| Denise Sines | Palisades Collections, LLC |
|---|---|
| ___/s/ Jody B. Burton_____ | __/s/Jonathan J. Greystone_____ |
| Jody B. Burton, Esq.<br>Bar No.: 71681<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Email: jburton@lemberglaw.com<br>Attorney for Plaintiff | Jonathan J. Greystone<br>Spector Gadon & Rosen, P.C.<br>1635 Market Street, 7th Floor<br>Philadelphia, PA 19103<br>(215) 241-8927<br>Email: jgreystone@lawsgr.com<br>Attorney for Defendant |

_____
SO ORDERED