# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Denise Sines, | : |
| | : Civil Action No.: 2:10-cv-00831-NBF |
| Plaintiff, | : |
| v. | : |
| | : |
| Palisades Collections, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Palisades Collections, LLC with prejudice and without costs to any party.

| | |
|---|---|
| Denise Sines | Palisades Collections, LLC |
| /s/ Jody B. Burton | /s/Jonathan J. Greystone |
| Jody B. Burton, Esq. | Jonathan J. Greystone |
| Bar No.: 71681 | Spector Gadon & Rosen, P.C. |
| LEMBERG & ASSOCIATES | 1635 Market Street, 7th Floor |
| 1100 Summer Street, 3rd Floor | Philadelphia, PA 19103 |
| Stamford, CT 06905 | (215) 241-8927 |
| (203) 653-2250 | Email: jgreystone@lawsgr.com |
| Email: jburton@lemberglaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

*[signature]*

SO ORDERED

Dated: September 21, 2010